UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCINE CARBONE | : | CIVIL ACTION NO.: 3:14CV1120 |
| VS. | : | |
| TOWN OF EAST HAVEN | : | AUGUST 4, 2014 |

## C O M P L A I N T

    1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2619.  The defendant intentionally, wantonly and maliciously retaliated against the plaintiff for taking medical leave to which she was entitled under the Act.

    2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 of the United States Code.

    3.  The defendant is a public agency, to wit, a municipality in the State of Connecticut.

    4. The plaintiff was employed by the defendant for more than one year and worked at least 1,250 hours during the year immediately preceding the commencement of her leave.

    5.  The plaintiff's biological daughter suffered from a serious health condition in that she had a period of total incapacity for a period in excess of

three days during which she received continuing treatment by a health care provider.  As a consequence, the plaintiff was required to be absent from work to assist in her care.

6.  The plaintiff properly applied for and was granted Family Medical Leave pursuant to the statute.  She remains out of work on Family Medical Leave to this day.

7.  While the plaintiff's daughter remained incapacitated and in need of the plaintiff's care, and during the pendency of her aforesaid Family Medical Leave, the defendant began threatening the plaintiff and pressuring her to return to work early.  Among other things, on May 6, 2014, the plaintiff's immediate supervisor sent the plaintiff a text message in which he stated: "The mayor is back tomorrow and I don't want him to get involved....That won't be good for either of us!!!"  In response, the plaintiff responded that her daughter was still receiving blood transfusions and was severely ill, but offered: "If it's ok with you, I'll talk to the mayor and see if I can work a couple of hours at night or try to work part time hours during the day.  I don't know what to do.  She's not even settled yet.  They had to give her blood again.  I only leave to take a shower and come back.  I'm afraid to leave her alone."

8.  On May 9, 2014, the plaintiff's immediate supervisor sent the plaintiff a text message in which he stated: "Fran, you need to touch base with me on a

daily basis.  I know you have problems but I still have a dept. to run and the Mayor to answer to."

9. On May 12, 2014, the plaintiff's immediate supervisor sent the plaintiff a text message in which he stated: "Fran, what's your plans for this week?  Are you coming in at all?  Are you still planning to speak to the Mayor?  Please advise me."  The plaintiff replied: "I am waiting for the surgeon to come in to find out if she is going to need surgery.  It was a really bad weekend for her, too much pain they can't seem to get control of the proper meds."  Her supervisor responded: "I thought you were coming in today."

10. The following day, May 13, 2014, the plaintiff's immediate supervisor sent the plaintiff a text message in which he stated: "What's the latest?  Are we going to see you today?  The boss is getting ansy and asking a lot of questions about your situation....Please let me know your plans ASAP."  The plaintiff replied: "I'm sorry things seem to be getting worse instead of better.  We are...having a hard time here....She is too much pain....I'm sorry.  I know I was suppose to come see the mayor but I haven't had time to breathe....I don't have a choice."

11. On May 14, 2014, the plaintiff's immediate supervisor sent the plaintiff a text message in which he stated: "YOU NEED TO COME IN AND SEE ME TODAY!!!  IT'S JUDGMENT DAY."

3

12. On July 31, 2014, the Mayor of East Haven issued a press release to all news media in which he described the plaintiff as "a disgruntled employee...on the verge of being terminated...."

13. In the manner described above, the defendant retaliated against the plaintiff for exercising her rights under the Family Medical Leave Act.

14. As a result, the plaintiff has suffered emotional distress.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages and attorney fees.

***The plaintiff claims trial by jury.***

                      THE PLAINTIFF

BY:          /s/
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Her Attorney