UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCINE CARBONE | : |
| | : |
| | : NO. 3:14-CV-1120(DJS) |
| v. | : |
| | : |
| TOWN OF EAST HAVEN | : |

## JUDGMENT

This action having come before the Court on a motion for summary judgment filed by the defendant, before the Honorable Dominic J. Squatrito, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting defendant's motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendant.

Dated at Hartford, Connecticut, this 22nd day of July, 2016.

ROBIN D. TABORA, Clerk

By   /s/LL  
    Loraine LaLone
    Deputy Clerk

EOD: 7/22/16